UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ROBERTO MENDOZA,   JUDGMENT
 04-CV- 0585 (ARR)
                Petitioner,

  -against-

JOHN KEANE, Superintendent,
Sing Sing Correctional Facility,

                Respondent.
-----------------------------------------------------------------X

      An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on October 23, 2006; denying the petition for a writ of habeas corpus; and ordering that no Certificate of Appealability is granted with respect to any of the petitioner's claims; it is

      ORDERED and ADJUDGED that the petition for a writ of habeas corpus is denied; and that no Certificate of Appealability is granted with respect to any of the petitioner's claims.

Dated: Brooklyn, New York
       October 23, 2006

                                                                 ROBERT C. HEINEMANN
                                                                 Clerk of Court